

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00283-CV

Christopher J. **YARBROUGH**,
Appellant

v.

Gary Lynn **MCCORMICK** d/b/a Guadalupe River Club Oyster Bar & Grill,
Appellee

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. 12148A
Honorable N. Keith Williams, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's summary judgment is AFFIRMED.

We order Gary Lynn McCormick d/b/a Guadalupe River Club Oyster Bar & Grill to recover his costs of appeal from appellant Christopher J. Yarbrough.

SIGNED June 27, 2018.

Marialyn Barnard, Justice